AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
12/30/22
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Express Package Tracking Number EI594915445US postmarked December 22, 2022 | Case No. 3:22-mj-424 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package, EI594915445US, addressed to Dan Gilliespie 69 Woolery Lane Apt #7 Dayton, OH 45415 with a return address of Sam Wong 3038 Brighton St Rosemead CA 91770.

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: December 30, 2022

City and state: Dayton, OH

_____
Caroline H. Gentry
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL EXPRESS PACKAGE TRACKING NUMBER EI594915445US | Case No. _____ <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph L. Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On December 29, 2022, Postal Inspectors intercepted a package (hereinafter "the Package") at the Cincinnati Processing and Distribution Center (P&DC) in Cincinnati, OH. (Due to a United States Postal Service (USPS) shipping error, the Package was inadvertently sent to the Cincinnati P&DC where it was intercepted instead of the Dayton P&DC.) The Package is a Priority Mail Express brown box, bearing tracking number EI594915445US, postmarked December 22, 2022, with the following address information:

**Sender**: Sam Wong
3038 Brighton St.
Rosemead, CA 91770

**Addressee**: Dan Gilliespie
69 Woolery Lane, Apt. 7
Dayton, OH 45415

Through training and experience as a Postal Inspector, I know that Southern California is known drug source location.

4. I performed a check in CLEAR database for the addressee's information on the Package of "Dan Gilliespie, 69 Woolery Lane, Apt. 7, Dayton, OH 45415." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Dan Gilliespie" associated with 69 Woolery Lane, Apt. 7, Dayton, OH 45415.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "Sam Wong, 3038 Brighton St., Rosemead, CA 91770." According to CLEAR, there is no "Sam Wong" associated with 3038 Brighton St., Rosemead, CA 91770.

6. On December 29, 2022, at my request, Hamilton County Sheriff's Office Detective William Poole conducted a narcotics-detection canine "free air" check of the outside of the Package. Postal Inspectors were present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Akim." As set forth in the attached affidavit of Detective Poole, "Akim" alerted positively for the presence or odor of a narcotic or other controlled substance. "Akim" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) no known association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 30th day of December, 2022.
Via reliable electronic means

Caroline H. Gentry
United States Magistrate Judge

United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives.

ON 12/29/2022, AT THE REQUEST OF POSTAL INSPECTORS I RESPONDED TO THE USPIS CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

---

USPS Priority Mail Express label number EI 594 915 445 US, addressed to: Dan Gilliespie, 69 Woolery Lane Apt #7, Dayton, OH 45415 with a return address of Sam Wong, 3038 Brighton St, Rosemead CA 91770.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_____ 12/29/2022
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH  45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009